**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Amnt.

**COMPLAINT FORM**

FILED
2019 MAR 28 P 12: 48
US

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Vernice Hill
fairbridge Comnons
Department for Human
Services
Section 8 Bridgeport CT

Case No. 3:19-cv-00165-VAB
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. Vernice Hill is a citizen of United State who
   (Plaintiff)                            (State)
presently resides at 361 E 188 St Apt 24 Bronx NY 10458
                        (mailing address)

2. Defendant fairbridge commons 1035 fairfield Ave, is a citizen of Bridport
            (name of first defendant)                          (State)
whose address is _____

3. Defendant _____ is a citizen of _____
           (name of second defendant)                                    (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

**B. JURISDICTION**

The jurisdiction of this court is invoked pursuant to: (list statute(s)) ✓ 42 U.S.C. 1983 (applies to state defendants)

**C. NATURE OF THE CASE**

**BRIEFLY** state the background of your case.

I need help from the court so I can get my sect 8 back so I can get me another place I want to show the court I did nothing wrong he just made me homeless when I got health promise, if I can get the change I can show That This is Just Wrong To do To me at a age of 54 years

**E. REQUEST FOR RELIEF**
WHEREFORE, plaintiff demands: (state the relief you seek)

**F. JURY DEMAND**

Do you wish to have a jury trial?  Yes          No

### D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** The landlord had know cause to put me out I didnt evening got to aplon my sp/A to the ju because I havent

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

got any paper from the and qlll what he said I about me was not true and I am sick l.of and he know that before I move and that building coming from NYC The Bronx that was the first Time I been here any CT I was paying my rent and I didwt know any one and the build I am a 54 year old women

**Claim II:** that needed my sect & I did nothing wrong to him that why

Supporting Facts:

I need to aslpend my self now I am homeless have No were to go Thanks you

3

_____    _Vern Hill_ (signature)
Original signature of attorney (if any)    **Plaintiff's Original Signature**

_____    VErnice Hill
Printed Name    Printed Name

                                      361 E 188 st #24
                                      Bronx Ny 10458
( )    347 483-0743
Attorney's full address and telephone    Plaintiff's full address and telephone

Email address if available    Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __Brigport__ on __03-28 2019__
               (location)                      (date)

_Vern Hill_ (signature)
**Plaintiff's Original Signature**

(Rev.3/29/16)

5

Query    Reports    Utilities    Help

EFILE,MOTREF,PROSE,WIG

# U.S. District Court
# District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:19-cv-00165-VAB

Hill v. Fairbridge Commons et al  
Assigned to: Judge Victor A. Bolden  
Referred to: Judge William I. Garfinkel  
Cause: 42:1983 Civil Rights Act  

Date Filed: 02/04/2019  
Jury Demand: None  
Nature of Suit: 443 Civil Rights: Accommodations  
Jurisdiction: Federal Question  

**Plaintiff**

**Vernice Hill**                  represented by **Vernice Hill**
361 E. 188 St., Apt 24
Bronx, NY 10458
347-483-0743
Email: vernicehill51@gmail.com
PRO SE

V.

**Defendant**

**Fairbridge Commons**

**Defendant**

**Department for Human Services**
*Section 8, Bridgeport, CT*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/04/2019 | 1 | COMPLAINT against Fairbridge Commons, Department for Human Services, filed by Vernice Hill.(Fazekas, J.) (Entered: 02/05/2019) |
| 02/04/2019 | 2 | MOTION for Leave to Proceed in forma pauperis by Vernice Hill. (Fazekas, J.) (Entered: 02/05/2019) |